Illinois Brick Company, appellee, v. Pennsylvania Railroad Company, appellant. Gen. No. 37,565.

 Opinion filed December 24, 1934. Rehearing denied January 28, 1935.

Loesch, Scofield, Loesch & Burke, for appellant. Markheim & Allie, for appellee.

Mr. Justice Matchett delivered the opinion of the court.